1  JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
3  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
4  E-Mail:    John.burris@johnburrislaw.com

5  Attorneys for Plaintiff

6  GAYLA B. LIBET, Esq./ State Bar # 109173
   LAW OFFICES OF GAYLA B. LIBET
7  486 41st Street, # 3
   Oakland, CA 94609
8  Telephone and Facsimile: (510) 420-0324
   E-Mail:   Glibet@sbcglobal.net
9
10 Attorneys for Plaintiff

11 SEAN F. CONNOLLY, Esq./ State Bar # 152235
   Deputy City Attorney
12 OFFICE OF SAN FRANCISCO CITY ATTORNEY
   Fox Plaza
13 1390 Market Street, Sixth Floor
   San Francisco, CA 94102-5408
14 Telephone: (415) 554-3863
   Facsimile:  (415) 554-3837
15 E-Mail:  sean.connolly@sfgov.org

16 Attorneys for Defendants

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19
   QUINCY DEMETRE HARRIS,                     No. C-06-07029-JL
20
           Plaintiff,
21                                            STIPULATION AND PROPOSED
   vs.                                        ORDER FOR EXTENSION OF TIME TO
22                                            COMPLETE MEDIATION

23 CITY AND COUNTY OF SAN FRANCISCO,
   a governmental entity; HEATHER FONG, in her
24 capacity as Chief of Police for CITY AND
   COUNTY OF SAN FRANCISCO; GARY J.
25 MORIYAMA, individually, and in his capacity as
   a police officer for CITY AND COUNTY OF
26 SAN FRANCISCO; ERIC VALENTINI, individually,
   and in his capacity as a police officer for CITY AND
27 COUNTY OF SAN FRANCISCO; FRANCISCO MEJIA;
   and, DOES 1-25, inclusive,
28         _____Defendants._____/

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. Counsel for plaintiffs and defendants have discussed with the Mediator, Hadden Roth, Esq., their need for further time to conduct discovery, and Mr. Roth agrees with the extension of time deadline proposed in the Stipulation. This extension of time for Mediation is needed so that all parties can engage in a productive Mediation hearing.

2. Prior to a meaningful Mediation, the parties need to conduct the following discovery:

Serve process on defendant security guard, FRANCISCO MEJIA, who is very difficult to locate (plaintiffs' private investigator has thus far been unable to locate Mr. Mejia); take the depositions of the parties; locate and take the depositions of witnesses (most importantly, the two people already arrested who were in the police van when plaintiff alleges he was assaulted and battered by defendant officer); receive important medical records and billing statements for plaintiff (which have been requested, but not yet received); and, defense counsel have just recently served Defendant's Responses to Plaintiffs' Special Interrogatories and Request for Production of Documents, however defense counsel has not yet prepared or served a Stipulated Protective Order, which would then cause defendants to serve these responsive confidential/privileged documents to plaintiff's counsel. Then, plaintiff's counsel will need to review this material and decide whether any further discovery is necessitated by information contained in those documents;

3. Mr. Burris is lead counsel and will attend the Mediation Conference. He and Ms. Libet have been swamped with work in a case wit a lot of witnesses and discovery for the last five weeks, and during this month and July, will also have to conduct a great deal of discovery in several cases, including this case;

4. Mr. Burris will be on vacation from June 24th through July 7th 2007, and during the first week of August 2007; and,

5. Accordingly, the parties, by and through their respective counsel, hereby stipulate and jointly request that the deadline for the occurrence of the Mediation hearing in this case be extended from July 11, 2007 to September 30, 2007, or as soon thereafter as the Court deems appropriate.

LAW OFFICES OF GAYLA B. LIBET

Dated: June 15, 2007     By: /s/ Gayla B. Libet
                         GAYLA B. LIBET, Esq.
                         Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: June 15, 2007     By: /s/ John L. Burris
                         JOHN L. BURRIS, Esq.
                         Attorneys for Plaintiff

OFFICE OF THE SAN FRANCISCO CITY ATTORNEY

Dated: June 14, 2007     By: /s/ Sean F. Connolly
                         SEAN F. CONNOLLY, Esq.
                         Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 25, 2007     _____
                         HONORABLE
                         United States Magistrate Judge

*IT IS SO ORDERED*
*Judge James Larson*

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION        3