JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-Mail:     John.burris@johnburrislaw.com

Attorneys for Plaintiff

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324
E-Mail:   Glibet@sbcglobal.net

Attorneys for Plaintiff

SEAN F. CONNOLLY, Esq./ State Bar # 152235
Deputy City Attorney
OFFICE OF SAN FRANCISCO CITY ATTORNEY
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-3863
Facsimile:  (415) 554-3837
E-Mail:  sean.connolly@sfgov.org

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| QUINCY DEMETRE HARRIS<br><br>                              Plaintiff<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; GARY J. MORIYAMA, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; ERIC VALENTINI, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; FRANCISCO MEJIA; and, DOES 1-25, inclusive,<br><br>                              Defendants. | Case No. C-06-07029-JL<br><br>**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION** |
|---|---|

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

    1.  On June 21, 2007 the parties filed a Stipulation and Proposed Order for an Extension of Time for Mediation which was granted by the Court on June 25, 2007 thereby extending the deadline to complete mediation until September 30, 2007.

    2.  The parties agreed to a mediation date of September 18, 2007 and have since had to cancel the mediation because discovery in this matter is still not completed.

    3. On July 23, 2007, Plaintiff's co-counsel Gayla B. Libet's father died after a prolonged illness. Prior to his death Ms. Libet was assisting with the care of her father and was not able to complete the outstanding discovery in this matter.

    5.  Accordingly, the parties, by and through their respective counsel, hereby stipulate and jointly request that the deadline for the occurrence of the Mediation hearing in this case be extended from September 30, 2007 to January 4, 2008, or as soon thereafter as the Court deems appropriate.

LAW OFFICES OF GAYLA B. LIBET

Dated: September 13, 2007    By: /s/ Gayla B. Libet
GAYLA B. LIBET, Esq.
Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated:  September 13, 2007    By: /s/ John L. Burris
JOHN L. BURRIS, Esq.
Attorneys for Plaintiff

OFFICE OF THE SAN FRANCISCO CITY ATTORNEY

Dated: September 13, 2007    By:/s/ Sean F. Connolly
SEAN F. CONNOLLY, Esq.
Attorneys for Defendants

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   9-19-07

_____
HONORABLE JAMES LARSON
United States District Court Magistrate Judge

*IT IS SO ORDERED*
*Judge James Larson*

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION