JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-Mail:      John.burris@johnburrislaw.com

Attorneys for Plaintiff

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324
E-Mail:   Glibet@sbcglobal.net

Attorneys for Plaintiff

SEAN F. CONNOLLY, Esq./ State Bar # 152235
Deputy City Attorney
OFFICE OF SAN FRANCISCO CITY ATTORNEY
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-3863
Facsimile:  (415) 554-3837
E-Mail:  sean.connolly@sfgov.org

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| QUINCY DEMETRE HARRIS<br><br>                    Plaintiff<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; GARY J. MORIYAMA, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; ERIC VALENTINI, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; FRANCISCO MEJIA; and, DOES 1-25, inclusive,<br><br>                    Defendants. | Case No. C-06-07029-JL<br><br>STIPULATION AND (PROPOSED) ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE<br><br><br>Date:  October 17, 2007<br>Time: 10:30 a.m.<br>Ctrm:  F, 15th Floor<br>Judge: Chief Magistrate Judge James Larson |
|---|---|

STIPULATION AND PROPOSED ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

1  All parties to this action stipulate and agree, by and through their respective counsel,
2  as follows:
3     1.  The Court currently has set on its calendar a Further Case Management Conference on
4  October 17, 2007 at 10:30 a.m. in this matter. The parties are requesting that the Further Case
5  Management Conference be continued to a later date or after the mediation deadline of January
6  4, 2008.
7     2.  First, the parties are still engaged in discovery and have depositions scheduled
8  October 24, 2007 through October 31, 2007 in this matter.
9     3.  Second, on September 19, 2007 the Court granted the parties an extension of the
10 mediation deadline until January 4, 2008. The parties have scheduled the mediation for
11 December 13, 2007.
12    4.  Accordingly, the parties, by and through their respective counsel, hereby stipulate and
13 jointly request that the Further Case Management Conference be continued to a later date after
14 the mediation deadline of January 4, 2008 or as soon thereafter as the Court deems appropriate.

                                        LAW OFFICES OF GAYLA B. LIBET

Dated: October 12, 2007                 By: /s/ Gayla B. Libet
                                            GAYLA B. LIBET, Esq.
                                            Attorneys for Plaintiff


                                        LAW OFFICES OF JOHN L. BURRIS

Dated:  October 12, 2007                By: /s/ John L. Burris
                                            JOHN L. BURRIS, Esq.
                                            Attorneys for Plaintiff

                                        OFFICE OF THE SAN FRANCISCO
                                        CITY ATTORNEY

Dated: October 12, 2007                 By:/s/ Sean F. Connolly
                                            SEAN F. CONNOLLY, Esq.
                                            Attorneys for Defendants

STIPULATION AND PROPOSED ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 12, 2007

_____
HONORABLE JAMES LARSON
United States District Court Magistrate Judge

STIPULATION AND PROPOSED ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE